PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00021-CDB |
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| MIGUEL MAGANA MARTINEZ | |
| Defendant. | |

The government moves the Court to unseal the Complaint in this case. On June 8, 2023, the defendant was arrested and will make his initial appearance as soon as possible. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: June 8, 2023

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

1

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 5:23-MJ-00021-CDB

12                    Plaintiff,           ORDER TO UNSEAL CASE
              v.
13
   MIGUEL MAGANA MARTINEZ
14
                      Defendant.
15

16

17

18     Good cause appearing due to the defendant's pending initial appearance, it is ordered that the

19 Compalint in the case be UNSEALED.

20
   IT IS SO ORDERED.
21
   Dated:  **June 8, 2023**                    _____
22                                              UNITED STATES MAGISTRATE JUDGE
23

2