PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00021-CDB |
| Plaintiff, | STIPULATION TO VACATE DETENTION HEARING; ORDER |
| v. | |
| MIGUEL MAGANA MARTINEZ | |
| Defendant. | |

The parties submit on the recommendation of pretrial services, dated June 9, 2023, and agree the defendant, Miguel Martinez, should be detained pending trial on the basis of flight pursuant to 18 U.S.C. §§ 3142(f)(2)(A), and (g)(1) through (g)(4). The parties also agree the detention hearing scheduled for June 15, 2023, before the Hon. Barbara A. McAuliffe, can be vacated.

///

///

///

IT IS SO STIPULATED.

Dated: June 13, 2023                            PHILLIP A. TALBERT
                                                United States Attorney


                                                */s/ Joseph Barton*
                                                Joseph Barton
                                                Assistant United States Attorney


Dated: June 13, 2023                            */s/ Alekxia Torres-Stallings*
                                                Alekxia Torres-Stallings
                                                Counsel for Miguel Martinez

2

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00021-CDB |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL MAGANA MARTINEZ | |
| Defendant. | |

For good cause shown, the court adopts the recommendation of pretrial services, dated June 9, 2023, and finds that the defendant, Miguel Martinez, should be detained pending trial on the basis of flight pursuant to 18 U.S.C. §§ 3142(f)(2)(A), and (g)(1) through (g)(4). The detention hearing that is scheduled for June 15, 2023, before the Hon. Barbara A. McAuliffe, is vacated.

IT IS SO ORDERED.

Dated: __June 14, 2023__        /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE

3