PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00183-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| MIGUEL MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for March 13, 2024, may be continued until June 12, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The government has produced discovery to defense counsel.  The discovery includes more than 1,500,000 pages of records and many of those records are financial records.  Defense counsel has further investigation to perform.  The parties agree that time under the Speedy Trial Act shall be excluded through June 12, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  March 6, 2024          */s/ David Torres*
                               David Torres
                               Counsel for Miguel Martinez

Dated:  March 6, 2024          */s/ Joseph Barton*
                               JOSEPH BARTON
                               Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00183-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MIGUEL MARTINEZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for March 13, 2024, is continued until **June 12, 2024, at 1:00 p.m., in Courtroom 8 before the Honorable Barbara A. McAuliffe**. The period through June 12, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **March 6, 2024**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE