1 PHILLIP A. TALBERT
United States Attorney
2 JOSEPH D. BARTON
HENRY Z. CARBAJAL III
3 Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00183-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING |
| v. | |
| MIGUEL MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for June 12, 2024, may be vacated and that a change of plea hearing may be scheduled for June 17, 2024, at 8:30 a.m., before the assigned District Judge. The parties request that the Court exclude time under the Speedy Trial Act from June 3, 2024, through June 17, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  June 3, 2024              */s/ David Torres*
                                              DAVID TORRES
                                              Counsel for Miguel Martinez

Dated:  June 3, 2024              */s/ Joseph Barton*
                                              JOSEPH BARTON
                                              HENRY CARBAJAL III
                                              Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. MIGUEL MARTINEZ, Defendant. | Case No. 1:23-cr-00183-NODJ-BAM<br><br>ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
|---|---|

IT IS SO ORDERED that the status conference set for June 12, 2024, is vacated. A change of plea hearing is set for **June 17, 2024, at 9:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 5, 2024**         /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE